JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SAMUEL TOVEN, | ) CASE NO:CV06-07260 ABC (RZx) |
|---|---|
| Plaintiff, | ) [PROPOSED] FINAL JUDGMENT |
| VS. | ) |
| METROPOLITAN LIFE INSURANCE COMPANY; CONSOLIDATED GRAPHICS, INC. WELFARE BENEFIT PLAN, | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, for the reasons stated in the Court's Findings of Fact and Conclusions of Law, dated December 2, 2008, that Plaintiff, Samuel Toven, shall have judgment against Defendants, Metropolitan Life Insurance Company and Consolidated Graphics, Inc. Welfare Benefit Plan (the "Plan"), for recovery of the long term disability benefits under the Plan for the 24-month period ending January 6, 2008 and prejudgment interest on these benefits. The sums to be paid pursuant to this Judgment are as follows:

|   |   |   |
|---|---|---|
| Past due long term disability benefits for the 24-month period ending January 6, 2008 | | $23,727.90 |
| Prejudgment interest on above benefits at an interest rate of 4.0% compounded monthly | | $1,566.70 |
| | Total: | $25,294.60 |

Defendants are ordered to pay said sums to Plaintiff herein within thirty (30) days after entry of Judgment. Thereafter, the amounts specified above shall accrue interest at the rate of 4.0% compounded monthly.

Plaintiff's claim for benefits beyond the 24-month period ending January 6, 2008 is remanded to Defendants for a determination according to the Plan's terms. Plaintiff shall have ninety (90) days from the date of final judgment to provide Defendants with information in support of his claim to benefits beyond the 24-month period.

Plaintiff shall be entitled to any additional employee benefits under the Plan for which he may have been or is entitled to as a result of this Judgment and/or the Court's determination that Plaintiff was entitled to benefits for the 24-month period ending January 6, 2008.

Following entry of this judgment Plaintiff may move for an award of attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 5, 2009

_____
The Honorable Audrey B. Collins
U.S. District Court Judge

Submitted By:                          Approved as to Form By:


 */s/ Brent Dorian Brehm*                */s/ Sara A. Maunder*
Attorneys for Plaintiff                Attorneys for Defendants